# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>NEVADA DIVISION OF WELFARE AND SUPPORTIVE SERVICES,<br><br>    Defendant(s). | Case No. 2:24-cv-01578-RFB-NJK<br><br>**NOTICE TO PLAINTIFF** |

Concurrently herewith, the undersigned is issuing a report and recommendation that Plaintiff's complaint be dismissed without leave to amend. In addition, however, the Court notes that Plaintiff has also engaged in other questionable litigation in this District. *See Johnson v. Commonwealth Hospitality LLC*, Case No. 2:24-cv-00590-RFB-NJK (D. Nev.); *Johnson v. Facebook, et al.*, Case No. 2:23-cv-01396-CDS-NJK (D. Nev.). Moreover, Plaintiff is a prolific filer across the country and has been declared a vexatious litigant in numerous courts. *See, e.g.*, *Johnson v. 101178 B.C. Unlimited Liability Co.*, 2024 WL 3581238, at 1 & n.10 (D. Alaska July 30, 2024) (collecting cases). **Plaintiff is warned that continuing to engage in frivolous litigation may lead to a finding in this District that he is a vexatious litigant subject to a prefiling injunction.**

IT IS SO ORDERED.

Dated: September 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1